**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-6089**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

FRED SHORES, JR.,

Defendant - Appellant.

---

Appeal from the United States District Court for the District of South Carolina, at Florence. C. Weston Houck, District Judge. (CR-93-93, CA-97-1063-4-12)

---

Submitted: November 30, 2000      Decided: December 8, 2000

---

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Fred Shores, Jr., Appellant Pro Se. Alfred William Walker Bethea, Assistant United States Attorney, Florence, South Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Fred Shores, Jr., seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000), and the court's orders declining to reconsider that denial. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Shores, Jr., Nos. CR-93-93; CA-97-1063-4-12 (D.S.C. Dec. 29, 1999; Feb. 25, 2000; May 31, 2000). Shores's motion to stay this appeal is denied as moot. We grant leave to file a supplemental informal brief and to amend his informal brief. The pending motions to supplement the record on appeal are granted. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED